

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-18-00182-CR

---

WADE HODGES, Appellant

V.

THE STATE OF TEXAS, Appellee

---

On Appeal from the 147th District Court
Travis County, Texas
Trial Court No. D-1-DC-16-100356

---

Before Morriss, C.J., Burgess and Stevens, JJ.

O  R  D  E  R

The clerk's record in this appeal was filed October 8, 2018, and the reporter's record was filed January 11, 2019, making the appellant's brief originally due February 11, 2019. This Court extended that briefing deadline twice, on appellant's motions, resulting in the most recent due date of April 12, 2019. We informed counsel when we granted the last extension request that further requests for extension of time would not be granted, absent extraordinary circumstances. Nonetheless, counsel has filed a third motion seeking an additional extension of the briefing deadline.

We have reviewed the case file and appellate record, as well as counsel's most recent motion to extend time, and find no extraordinary circumstances that would warrant an additional extension of the filing deadline. Consequently, counsel's third motion to extend the time to file the appellate brief in this matter is denied.

We hereby order counsel to file the appellate brief in this matter with this Court on or before April 22, 2019. This gives counsel the ten additional days he requested to complete the brief, which we are certain will be adequate.

IT IS SO ORDERED.

BY THE COURT

Date:   April 16, 2019